## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Tramon Grayson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 16-cv-00073-CVE-TLW |
| | ) Judge Claire Eagan |
| | ) |
| **Chevron Phillips Chemical Company LP,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties and pursuant to F.R.C.P. 41(A)(ii) do hereby dismiss with prejudice the claims set forth in this lawsuit in their entirety. Each side will pay its own attorneys' fees and costs.

s/ *Christine C. Vizcaino*
Katherine R. Mazaheri, OBA #21746
Christine C. Vizcaino, OBA# 30527
Mazaheri Law Firm, PLLC
3445 W. Memorial Rd., Suite H
Oklahoma City, OK  73134
Telephone: (405) 414-2222
Email: christine@mazaherilaw.com
**ATTORNEYS FOR PLAINTIFF**

s/ *Madalene A.B. Witterholt*
Madalene A.B. Witterholt, OBA #10528
Ruth Addison, OBA # 21584
CROWE & DUNLEVY
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
Telephone:  (918) 592-9809
Email: m.witterholt@crowedunlevy.com
**ATTORNEYS FOR DEFENDANT**